1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CESAR RAMIREZ VENTURA, | CASE NO. 2:16-CV-02038-SVW (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL MCDOWEL, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action dismissed without prejudice.


DATED: October 25, 2016

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE